BRYAN SCHRODER
United States Attorney

JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jonas.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:19-cr-00093-RRB-MMS |
|---|---|
| Plaintiff, | ) <u>COUNT 1</u>: |
| | ) FELON IN POSSESSION OF |
| vs. | ) AMMUNITION |
| | )   Vio. of 18 U.S.C. §§ 922(g)(1) and |
| JAMES EDWARD BARBER, | ) 924(a)(2) |
| | ) |
| Defendant. | ) <u>CRIMINAL FORFEITURE</u> |
| | ) <u>ALLEGATION</u>: |
| | )   18 U.S.C. § 924(d) and |
| | ) 28 U.S.C. § 2461(c) |
| | ) |

S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury Charges that:

//

//

//

COUNT 1

Beginning on or about a date unknown to the Grand Jury, but not later than July 21, 2019, and ending on or about August 9, 2019, within the District of Alaska, the defendant, JAMES EDWARD BARBER, knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, to wit, .22 caliber ammunition.

Convictions

| Court | Case # | Offense of Conviction | Date of Conviction |
|---|---|---|---|
| Superior Court for the State of Alaska at Sitka | 1SI-09-346CR | AS 11.71.040(a)(3)(A): Misconduct Involving a Controlled Substance in the 4th Degree | February 2, 2010 |
| Superior Court for the State of Alaska at Sitka | 1SI-10-446CR | CTN 1: AS 11.61.195(a)(3)(B): Misconduct Involving Weapons in the 2nd Degree – Discharge Firearm at Dwelling | October 4, 2012 |
| Superior Court for the State of Alaska at Sitka | 1SI-10-446CR | CTN 2: AS 11.61.200(a)(10): Misconduct Involving Weapons in the 3rd Degree – Felon Residing in Dwelling with Concealable Firearm | October 4, 2012 |
| Superior Court for the State of Alaska at Sitka | 1SI-10-446CR | CTN 4: AS 11.56.610(a)(1): Tampering with Physical Evidence | October 4, 2012 |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as set forth in Count 1 of this Indictment, the defendant, JAMES EDWARD BARBER, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following:

1. One Marlin Firearms Company, model 915YS, .22 caliber rifle, s/n 93689266; and
2. Three boxes of .22 caliber ammunition made by various manufacturers.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

<u>s/ Grand Jury Foreperson</u>
GRAND JURY FOREPERSON


<u>s/ Jonas M. Walker</u>
JONAS M. WALKER
Assistant U.S. Attorney
United States of America


<u>s/ Bryan Schroder</u>
BRYAN SCHRODER
United States Attorney
United States of America


DATE: <u>February 19, 2020</u>