(Rev 3/18)

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
WITNESS LIST

---

**Case No.:** 3:19-cr-00093-TMB  **Judge:** TIMOTHY M. BURGESS

**Title:** U.S.A.

**vs.** JAMES EDWARD BARBER

**Dates of Hearing/Trial:** September 3, 2020

**Deputy Clerk/Recorder:** CAMILLE WHITE

**Official Reporter:** R. JOY STANCEL

### WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|------|------------|----------|-----|--------------|-----------|
| 9/3/2020 | 8:44:26 AM | 9:13:44 AM | W-1 | YANG DAO MOUA | PLT |
| 9/3/2020 | 9:16:48 AM | 11:48:27 AM | W-2 | CHRISTOPHER HOKE | PLT |
| 9/3/2020 | 1:06:09 PM | 1:36:01 PM: | W-3 | DANIEL REBHAN | PLT |
| 9/3/2020 | 1:36:48 PM | 1:56:20 PM | W-4 | DALE LINTON | PLT |
| 9/3/2020 | 2:26:30 PM | 2:54:51 PM | W-5 | SARAH LYNN FOREMAN | PLT |
| 9/3/2020 | 3:06:50 PM | 3:31:47 PM | W-6 | DAUDI FOSTER | DEF |